IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SHANNON BOYLE**                                                                    **PETITIONER**
**ADC #116113**

VS.          CASE NO.: 5:15CV00290 SWW/BD

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                     **RESPONDENT**

## ORDER

        The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. In addition, the Court has considered Shannon Boyle's objections to the Recommendation and has reviewed *de novo* those portions of the record relevant to those objections.

        After careful consideration, this Court adopts the Recommendation as its own. Shannon Boyle's petition for writ of habeas corpus (docket entry #1) is denied and dismissed, without prejudice.

        When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.[1]

        IT IS SO ORDERED, this 8th day of October 2015.

                                                                     /s/Susan Webber Wright
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Shannon Boyle's motion [doc.#4] for leave to proceed in forma pauperis is denied as moot.