# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**SHANNON BOYLE**  **PETITIONER**
**ADC #116113**

**VS.**     **CASE NO.: 5:15CV00290 SWW/BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Shannon Boyle's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #1) is DENIED and DISMISSED, without prejudice.

IT IS SO ORDERED this 8th day of October 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE